1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
KEVIN CHARLES CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00550-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | AND EXCLUDE TIME |
| | ) | |
| KEVIN CHARLES CAMPBELL, | ) | |
| | ) | Date:  May 1, 2012 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for KEVIN CHARLES CAMPBELL, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing on March 12, 2012 at 2:00 p.m. and set the trial confirmation hearing for April 9, 2012 at 10:00 a.m., and that the Court vacate the jury

trial for March 27, 2012 at 9:30 a.m. and set the jury trial for May 1, 2012 at 9:30 a.m.

This continuance is requested because the parties are in the process of investigation and need more time to prepare.  The parties further agree that the time should be excluded from the date of this [Proposed] Order until the trial confirmation hearing which is set for April 9, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  March 7, 2012

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    KEVIN CHARLES CAMPBELL

                                    /s/ David J. Gallegos
                                    DAVID J. GALLEGOS
                                    Certified Student Attorney

Dated:  March 7, 2012           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ David Petersen
                                    DAVID PETERSEN
                                    Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE