```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    KEVIN CHARLES CAMPBELL
 8

 9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    ) No. 2:11-cr-00550-EFB
                                 )
15              Plaintiff,       )
                                 ) STIPULATION TO VACATE DATES AND
16       v.                      ) SET FOR CHANGE OF PLEA
                                 )
17  KEVIN CHARLES CAMPBELL,      )
                                 ) Date:  April 30, 2012
18              Defendant.       ) Time:  10:00 a.m.
                                 ) Judge: Hon. Edmund F. Brennan
19  _____ )

20

21

22       IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, David Petersen, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for KEVIN CHARLES CAMPBELL, and Certified Student Attorney,

26  David J. Gallegos, that the Court vacate the trial confirmation hearing

27  set for April 9, 2012 at 10:00 a.m., and vacate the jury trial on May

28  1, 2012 at 9:30 a.m., and set a change of plea hearing for April 30,
```

1  2012 at 10:00 a.m.

2  Dated:  April 5, 2012

3                  DANIEL J. BRODERICK
                Federal Defender

4                  /s/ Linda Harter
                LINDA HARTER

5                  Chief Assistant Federal Defender
                Attorney for Defendant

6                  KEVIN CHARLES CAMPBELL

7                  /s/ David J. Gallegos
                DAVID J. GALLEGOS

8                  Certified Student Attorney

9  Dated:  April 5, 2012         BENJAMIN B. WAGNER
                United States Attorney

10

11                 /s/ David Petersen
                DAVID PETERSEN

12                 Special Assistant U.S. Attorney

13

14                 **ORDER**

15 IT IS SO ORDERED.

16 Dated: April 6, 2012.

17                 EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stip to Change Plea             -2-